UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BRAVE, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-v-

ARCONIC INC., KENNETH J. GIACOBBE and KLAUS KLEINFELD,

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Michael Brave (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 7/13/2017

Signature of Attorney

Attorney Bar Code: JA 4625

Form Rule7_1.pdf   SDNY Web 10/2007