UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
       :
MICHAEL BRAVE, individually and behalf of  :
all others similarly situated,       :
       :
         Plaintiff,  :
       :
    -v-       :
       :
ARCONIC, INC., KENNETH J. GIACOBBE,  :
and KLAUS KLEINFELD,       :
       :
         Defendants.  :
------------------------------------------------------------ X
------------------------------------------------------------ X
       :
FRANK TRIPSON, individually and behalf of  :
all others similarly situated,       :
       :
         Plaintiff,  :
       :
    -v-       :
       :
ARCONIC, INC. and KLAUS KLEINFELD,  :
       :
         Defendants.  :
------------------------------------------------------------ X
------------------------------------------------------------ X
       :
JANET L. SULLIVAN, individually and behalf  :
of all others similarly situated,       :
       :
Plaintiff,  :
       :
-v-  :
       :
ARCONIC, INC., et al.,  :
       :
Defendants.  :
       :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 3, 2017

17-cv-5312 (KBF)
17-cv-5369 (KBF)
17-cv-5456 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has received three complaints raising similar allegations against an overlapping set of defendants. The Court intends to hold a single initial pretrial conference ("IPTC") in all three actions (and any other related actions that are filed before this Court). The IPTC will be held on **September 29, 2017** at **1:30 p.m.**

The parties in the above-captioned actions shall confer on the following:

1. The possibility of, and timing of, the filing of a consolidated amended complaint (if one is filed, such filing should be not later than 30 days following the IPTC);

2. Based on the timing of No. 1, the timing of any answer/responsive motion practice; and

3. The possibility of, and timing of, a motion for lead counsel.

In addition, the Court has received three identical letters filed in each of the above-captioned actions requesting an extension of time for the Arconic Defendants to answer, move or otherwise respond until after court-appointed lead plaintiff(s) file or identify an operative complaint. Defendants' application is GRANTED.

Finally, unless and until a master file number is established for this case, all future filings should be filed on all three dockets.

SO ORDERED.

Dated:    New York, New York
         August 3, 2017

_____
KATHERINE B. FORREST
United States District Judge