UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 28, 2017

MICHAEL BRAVE, individually and behalf of all others similarly situated,

                              Plaintiff,

                -v-

ARCONIC, INC., KENNETH J. GIACOBBE, and KLAUS KLEINFELD,

                              Defendants.

17-cv-5312 (KBF)
17-cv-5369 (KBF)
17-cv-5456 (KBF)

ORDER

------------------------------------------------------------ X
------------------------------------------------------------ X

FRANK TRIPSON, individually and behalf of all others similarly situated,

                              Plaintiff,

                -v-

ARCONIC, INC. and KLAUS KLEINFELD,

                              Defendants.

------------------------------------------------------------ X
------------------------------------------------------------ X

JANET L. SULLIVAN, individually and behalf of all others similarly situated,

                              Plaintiff,

-v-

ARCONIC, INC., et al.,

                              Defendants.

------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The Court notes that all three of the above-captioned actions have been voluntarily dismissed without prejudice. Accordingly, the combined pretrial conference previously scheduled for September 29, 2017 is hereby ADJOURNED. The Clerk of Court is further directed to terminate all three of the above-captioned actions.

SO ORDERED.

Dated:   New York, New York
         August 28, 2017

_____
KATHERINE B. FORREST
United States District Judge